Heard in this court at January term, 1940; opinion filed April 15, 1940. Verlie, Eastman & Schlafly and William G. Vogt, for appellant; Gilbert K. Hutchens, for appellee Louise Fishback; Jack McDonald, of counsel.

Lottie Biehl et al., Appellees, v. H. N. Schuyler State Bank of Pana, Illinois, Appellee. First Presbyterian Church of Pana, Illinois et al., Appellants. Oscar Nelson v. H. N. Schuyler State Bank of Pana, Appellees. Intervening Petition of Louisa Clarke et al., Appellants.

Gen. No. 9,206. (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed April 15, 1940. Guy L. Smith and Oscar J. Putting, for appellants; J. H. Fornoff, for certain appellees; Jno. W. Fribley, for certain other appellee. Opinion by JUSTICE FULTON. "Not to be published in full."